UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## DISCLOSURE STATEMENT

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. 22-1094      Caption: Eli Lilly and Company, et al. v. Novartis Pharma AG

Pursuant to FRAP 26.1 and Local Rule 26.1,

Eli Lilly and Company, Eli Lilly Italia S.p.A, Eli Lilly Kinsale Limited, Eli Lilly Ges.m.b.H, and
(name of party/amicus)

Eli Lilly Nederland B.V.

 who is       Appellants      , makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ✔YES ☐NO

2. Does party/amicus have any parent corporations?  ✔YES ☐NO
   If yes, identify all parent corporations, including all generations of parent corporations:

   Eli Lilly and Company owns 100% shares of Eli Lilly Italia S.p.A, Eli Lilly Kinsale Limited, Eli Lilly G.es.m.b.H, and Eli Lilly Nederland B.V.

   No publicly held corporation owns more than 10% of Eli Lilly and Company's stock.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ✔YES ☐NO
   If yes, identify all such owners:

   Eli Lilly and Company owns 100% shares of Eli Lilly Italia S.p.A, Eli Lilly Kinsale Limited, Eli Lilly G.es.m.b.H, and Eli Lilly Nederland B.V.

   No publicly held corporation owns more than 10% of Eli Lilly and Company's stock.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim? ☐ YES ☑ NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: /s/ Christina Guerola Sarchio       Date: February 11, 2022

Counsel for: Eli Lilly and Company, et al.