UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————————

No. 22-1094
(1:21-mc-00017-TSE-IDD)

—————————————

In re: ELI LILLY AND COMPANY; ELI LILLY ITALIA S.P.A.; ELI LILLY
KINSALE LIMITED; ELI LILLY GES.M.B.H.; ELI LILLY NEDERLAND B.V.

------------------------------------------------

ELI LILLY AND COMPANY; ELI LILLY ITALIA S.P.A.; ELI LILLY KINSALE
LIMITED; ELI LILLY GES.M.B.H.; ELI LILLY NEDERLAND B.V.

       Movants - Appellants

v.

NOVARTIS PHARMA AG

       Respondent - Appellee

—————————————

O R D E R

—————————————

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Diaz, and Senior

Judge Floyd.

       For the Court

       /s/ Patricia S. Connor, Clerk